HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSHUA AH CHAN,<br><br>  Plaintiff,<br>v.<br><br>GRUBHUB HOLDINGS INC., a Delaware Corporation.<br><br>  Defendant. | Case No. 3:23-cv-05744-BHS<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Joint Motion for Dismissal. Dkt. #16. The parties request that the Court dismiss this case with prejudice. The parties have settled this matter and agreed that each party would bear its own attorney fees, costs, and other expenses related to this litigation.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Joint Motion to Dismiss, Dkt. #16 is **GRANTED.**

2. This cause of action is **DISMISSED WITH PREJUDICE** and without an award of attorney fees or costs to any party.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **CLOSE** this case.

**ORDER OF DISMISSAL**
Case No. 3:23-cv-05744-BHS

– Page 1 of 2

**ROBERTS & BRYAN, P.L.L.C.**
10801 NE SR 104
P.O. BOX 163
KINGSTON, WA  98346
(360) 297-4542
(360) 297-5298 FAX

DATED this 5th day of June, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

**ORDER OF DISMISSAL**
Case No. 3:23-cv-05744-BHS

– Page 2 of 2

ROBERTS & BRYAN,  P.L.L.C.
10801 NE SR 104
P.O. BOX 163
KINGSTON, WA  98346
(360) 297-4542
(360) 297-5298 FAX